IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40434
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

NOE SANTA MARIA-MARTINEZ,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. V-96-CR-8-S-1
- - - - - - - - - -
February 12, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    Court-appointed counsel for Noe Santa Maria-Martinez ("Santa Maria") has filed a brief as required by *Anders v. California*, 386 U.S. 738 (1967).  Santa Maria has responded to counsel's brief.  Our independent review of the brief, Santa Maria's response, and the record discloses no nonfrivolous issue.  Accordingly, counsel is excused from further responsibilities herein and the APPEAL IS DISMISSED.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.